GALLAGHER v. AMERICAN SAVINGS BANK.   (No. 6973.)

(Supreme Court, Appellate Division, First Department.   March 26, 1915.)

SUBMISSION OF CONTROVERSY ⊜⪢16—NECESSARY PARTIES—NONJOINDER—EFFECT.

Where all the parties necessary to a determination of a submission of controversy are not before the court, the proceeding must be dismissed.

[Ed. Note.—For other cases, see Submission of Controversy, Cent. Dig. §§ 16–18; Dec. Dig. ⊜⪢16.]

Ingraham, P. J., dissenting.

Submission of controversy between Joseph Gallagher, as committee, and the American Savings Bank. Dismissed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

⊜⪢For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Stallo Vinton, of New York City, for plaintiff.

David Orr, of New York City, for defendant.

PER CURIAM. All the parties necessary to a determination of the controversy are not before the court. The proceeding must therefore be dismissed.

INGRAHAM, P. J., dissents, on the ground that the plaintiff, as committee of the trustee, is entitled to the possession of the trust funds.